## COLLECTIVE ACTION CONSENT FORM

*Tello v. The Delgado Travel Agency et. al*

**Complete and Mail To:**

THE LAW OFFICE OF PETER G. EIKENBERRY
74 TRINITY PLACE, SUITE 1609
NEW YORK, NEW YORK 10006

Name: Miriam Tello         Phone: 646-420-9870

Address: 40-40 79th Street

Apt. B-607

Elmhurst, NY 11373

## CONSENT TO COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act
### 29 U.S.C. §216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime wages and unpaid spread of hour wages during my employment at Delgado Travel in connection to the above-referenced lawsuit.

2. I worked at Delgado Travel from on or about September 1998 to on or about December 31, 2005.

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation or for all overtime hours actually worked.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 et. seq. and New York Labor Law. I hereby consent, agree and opt-in to become a plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate Peter G. Eikenberry to represent me for all purposes of this action.

(Signature) _[signed]_                September 26, 2007