UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Miriam Tello

                        Plaintiffs,

-against-                                 07-CV-9613

THE DELGADO TRAVEL AGENCY, INC. and CASA      DEFENDANTS' RULE 7.1
DE CAMBIO DELGADO, INC.                             STATEMENT

                     Defendants.                ECF Case
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, Defendants Delgado Travel Agency, Inc. ("Delgado Travel") and Casa De Cambio Delgado, Inc. ("Casa De Cambio"), and all their shareholders, by and through their attorneys, Farrell Fritz, P.C., certify that Delgado Travel and Casa De Cambio are privately held corporations. No publicly held company owns ten (10%) percent or more of the stocks of Delgado Travel and Casa De Cambio.

       Casa De Cambio, Delgado Travel and Delgado & Delgado are New York corporations with their principal place of business at 79-08 Roosevelt Avenue, Jackson Heights, New York.

Dated: Uniondale, New York         Respectfully submitted,
       February 5, 2008

                                      FARRELL FRITZ, P.C.

                                      By: _____/s/_____
                                         Domenique Camacho Moran
                                         1320 Reckson Plaza
                                         Uniondale, New York 11556-0120
                                         (516) 227-0700

                                         *Attorneys for Defendants Casa De Cambio Delgado,*
                                         *Inc., Delgado Travel Agency, Inc., Delgado & Delgado*
                                         *Travel Corp., Hector Delgado, Jeanette Delgado-Savino,*
                                         *and Linda Delgado*

TO:   Peter G. Eikenberry, Esq.
      74 Trinity Place, Suite 1609
      New York, New York 10006

FFDOCS1\787779.01